■ In the Matter of WILLIAM HART, Respondent, v COUNTY OF CHAUTAUQUA, Appellant, et al., Respondents. (Appeal No. 1.) [653 NYS2d 909] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Judgment of Supreme Court, Chautauqua County, Gorski, J.—CPLR art 78.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.

■ In the Matter of WILLIAM HART, Respondent, v COUNTY OF CHAUTAUQUA et al., Appellants. (Appeal No. 2.) [654 NYS2d 58] —Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Respondents appeal from a judgment that granted the CPLR article 78 petition and reinstated petitioner to his position as Deputy Director of the Division of Buildings and Grounds with back pay and benefits. We reverse and dismiss the petition.

The relevant section of the Chautauqua County Charter provides that the Director of the Department of Central and Information Services has "the power to appoint * * * deputies, assistants and employees of his department as may be necessary to implement the duties of his office" (Chautauqua County Charter § 6.00; *see also*, Chautauqua County Administrative Code § 6.00). To the extent that provisions of the Chautauqua County Administrative Code conflict with the Chautauqua County Charter, the Charter controls (*see, Tormey v La Guardia*, 172 Misc 1091, 1094, *affd* 259 App Div 802, *affd* 284 NY 607). Because the provisions of the Chautauqua County Administrative Code must be construed in a manner consistent with the intent and provisions of the Chautauqua County Charter (*see*, Chautauqua County Administrative Code § 17.00), we construe the Charter and the Code to authorize the Director of the Department of Central and Information Services to appoint a deputy in his or her discretion. Thus, the issue of legislative equivalency does not apply (*cf., Matter of Torre v County of Nassau*, 86 NY2d 421; *Matter of Gallagher v Regan*, 42 NY2d 230). (Appeal from Judgment of Supreme Court, Chautauqua County, Gorski, J.—Reargument.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.